1  MARK E. BURTON, State Bar No. 178400
mburton@hershlaw.com
2  JOSUE APARICIO, State Bar No. 322750
japaricio@hershlaw.com
3  **HERSH & HERSH**, A Professional Corporation
601 Van Ness Avenue, Suite 2080
4  San Francisco, CA 94102-6316
(415) 441-5544
5

6  *Attorneys for Plaintiff and the Proposed Classes*

7

8  **UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
9

10  ADRIANA PONCE, on behalf of herself and      Case No.    3:19-cv-00288-RS
all others that are similarly situated,
11                                               **STIPULATION REQUESTING**
Plaintiffs,                 **AMENDED BRIEFING SCHEDULE**
12                                               **AND HEARING RE MOTION TO**
**COMPEL ARBITRATION, MOTION**
vs.                       **TO DISMISS AND MOTION TO STAY**
13                                               **OR DISMISS PURSUANT TO THE**
AMAZON.COM, INC., a Delaware              **FIRST TO FILE RULE, AND TO**
14  Corporation; AMAZON.COM SERVICES,       **CONTINUE INITIAL CASE**
INC., a Delaware Corporation; AMAZON      **MANAGEMENT CONFERENCE**
15  LOGISTICS, INC., a Delaware Corporation;  **PURSUANT TO LOCAL RULE 6-2;**
ALAIN MONIE, a California Resident; JOHN  **ORDER AS MODIFIED BY THE**
16  BROWN, a California Resident; WILLIAM     **COURT**
GORDON, a California Resident; and Does 1-
17  100, inclusive,                          Hon. Richard Seeborg

18                Defendants.                Current Response Date: June 13, 2019

19                                               Action Filed:  November 1, 2018
Trial Date:  None Set
20

21

22        Plaintiff ADRIANA PONCE ("Plaintiffs"), and Defendants AMAZON.COM, INC.,

23  AMAZON.COM SERVICES, INC., AMAZON LOGISTICS, INC., ALAIN MONIE, JOHN

24  BROWN and WILLIAM GORDON ("Defendants") (collectively, the "Parties"), by and through

25  their respective counsel, hereby stipulate and agree as follows:

26        WHEREAS, Plaintiffs filed their Second Amended Complaint ("SAC") in this action on

27  April 18, 2019;

28        WHEREAS, Defendants filed, in response to Plaintiffs' SAC, a Motion to Compel

Arbitration or, in the alternative, to stay;

WHEREAS, individually named Defendants ALAIN MONIE, JOHN BROWN and WILLIAM GORDON filed a responsive motion that joined in Defendants' Motion to Compel Arbitration, and, alternatively sought Dismissal of the SAC for Failure to State a Claim Upon Which Relief can be Granted;

WHEREAS, Defendants AMAZON.COM, INC., AMAZON.COM SERVICES, INC., and AMAZON LOGISTICS, INC., also filed, in response to Plaintiffs' SAC, a Motion to Stay or Dismiss Pursuant to the First-to-File Rule;

WHEREAS, Plaintiffs need additional time to prepare responses to Defendants' three Motions;

WHEREAS, Defendants anticipate that they will require additional time to file replies in response to Plaintiff's Oppositions;

WHEREAS, Plaintiffs' Counsel have a trial date of September 9, 2019 in San Francisco Superior Court;

WHEREAS, the Parties had previously stipulated to an extension of time for Defendants to respond to the SAC;

WHEREAS, on June 4, 2019, Plaintiffs requested that Defendants stipulate to an extension of time for Plaintiffs' responses to the Defendants' motions;

WHEREAS, the Civil Local Rules, including Rule 6-2, permit parties to stipulate to extended time for complex motions;

WHEREAS, the Initial Case Management Conference is currently scheduled for August 22, 2019 at 10:00 a.m., and the Parties' joint case management conference statement is currently due one week before on August 15, 2019;

WHEREAS, the Parties believe that it will be more productive to conduct an Initial Case Management Conference after the Court hears and rules on the pending Motions which may narrow issues to be addressed at the Initial Case Management Conference;

///

///

**NOW, THEREFORE,** the Parties hereby agree and stipulate to the following:

1. Plaintiffs' deadline to oppose Defendants' pending motions is extended to July 18, 2019;

2. The deadline for Defendants' corresponding replies in support of said Motions is extended to August 15, 2019;

3. The hearing on the Motions is continued until September 5, 2019 at 1:30 p.m., or as soon thereafter as is convenient for the Court's schedule; and

4. The Initial Case Management Conference shall be continued until after the Court has heard and ruled on the motions currently pending before it, and it shall be scheduled as is convenient for the Court's schedule.

**IT IS SO STIPULATED.**

Dated: June 6, 2019                         HERSH & HERSH, APC


By   */s/ Josue Aparicio*
     Mark E. Burton
     Josue Aparicio

*Attorneys for Plaintiffs*


Dated: June 6, 2019                         MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Amy A. McGeever*
     John S. Battenfeld
     Brian D. Fahy
     Amy A. McGeever

*Attorneys for Defendants*

///

///

**ORDER**

**PURSUANT TO STIPULATION**:

1.  Plaintiffs shall file their oppositions to Defendants' Motion to Compel Arbitration or, in the Alternative, to Stay; Motion to Compel Arbitration, or in the Alternative, Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted; and Motion to Stay or Dismiss Pursuant to the First-to File Rule (collectively, "the Motions") on or before July 18, 2019;

2.  Defendants shall file their corresponding replies in support of the Motions on or before August 15, 2019;

3.  The hearing on the Motions is continued until <u>September 5</u>, 2019 at <u>1:30</u> ~~a.m.~~/p.m.; and

4.  The Initial Case Management Conference is continued until after the Court has heard and ruled on the motions before it.

**IT IS SO ORDERED.**

Dated: June<u>10</u>, 2019

The Honorable Richard Seeborg

STIPULATION REQUESTING AMENDED BRIEFING SCHEDULE AND HEARING PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER